BEFORE THE THIRD DIVISION, MAY 13, 1964

No. 68547.—Edward P. Paul & Co., Inc. *v.* United States, protest 63/13673 (New York).

Opinion by RICHARDSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), and that the merchandise, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, MAY 14, 1964

No. 68548.—Novelty Import Co., Inc. *v.* United States, protests 63/14549 and 63/15722 (Boston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68549.—Design International Corp. *v.* United States, protests 61/23735, 61/23918, and 62/4933 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 14, 1964

No. 68550.—Standard Cycle Co., Inc. *v.* United States, protest 310799–K/8824 (Chicago).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68551.—Hub Distributors, Inc. *v.* United States, protest 60/16301 (Boston).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68552.—Lafayette Brass Mfg. Co., Inc. *v.* United States, protests 61/24385, 62/2357, and 62/2738 (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

No. 68553.—Victor England Agencies, Inc., et al. *v.* United States, protests 61/20615, etc. (San Francisco).